# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-0281
LT Case No. 2021-30356-CJCI

———————————————————

L.C., Mother of G.B., G.B., and
C.C., Children,

     Appellant,

     v.

DEPARTMENT of CHILDREN
and FAMILIES,

     Appellee.

———————————————————

On Appeal from the Circuit Court for Volusia County.
Joan Anthony, Judge.

Keith Peterson, of Law Offices of Peterson, P.A., Mulberry, for
Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Caitlin E. Burke, Senior Attorney, Appellate Division,
Tallahassee, for Guardian ad Litem.

July 15, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and JAY and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____